# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHERRIE STEVENS,

    Petitioner,

vs.

N.D.O.C., *et al.*,

    Respondents.

Case No. 2:15-cv-00761-GMN-NJK

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. Petitioner has submitted a motion for leave to proceed *in forma pauperis* and a petition for a writ of habeas corpus. Based on the information regarding petitioner's financial status, the motion to proceed *in forma pauperis* is denied. Petitioner must pay the $5.00 filing fee for habeas corpus actions. 28 U.S.C. § 1914(a). Petitioner shall be given an opportunity to pay the fee in this action.

    **IT IS THEREFORE ORDERED** that the motion for leave to proceed *in forma pauperis* (ECF No. 1) is **DENIED**. Petitioner shall have **thirty (30) days** from the date this order is entered in which to have the $5.00 filing fee sent to the Clerk of Court. Failure to do so may result in the dismissal of this action.

    **IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check in the amount of the $5.00 filing fee sent to the Clerk of Court.

    **IT IS FURTHER ORDERED** that the Clerk shall **RETAIN** the petition but not file it at this time.

    Dated this 29th day of April, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court